SECUNDINO CRUZ ROSADO, et al., demandantes y apelados, *v.* ANTONIO RODRÍGUEZ, demandado y apelante.

No. 4532.—*Visto:* Marzo 19, 1928. *Resuelto:* Marzo 23, 1928.

APELACIÓN Y ERROR—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD— CONTENIDO, PREPARACIÓN Y APROBACIÓN DEL CASO O LA RELACIÓN DE HECHOS—TRANSCRIPCIÓN DE LA EVIDENCIA—TÉRMINO PARA PREPARARLA Y PRESENTARLA—PRÓRROGA.—Una prórroga para la preparación y radicación de la transcripción de la evidencia solicitada y concedida después de haber vencido el término de veinte días que, según la sección 2 de la Ley No. 27 de 1917, tiene el taquígrafo para preparar dicha transcripción, no produce efecto alguno.

MOCIÓN sobre desestimación de apelación, interpuesta ésta contra sentencia de *Gabriel Castejón,* J. (Humacao), en acción reivindicatoria. *Con lugar.*

*Antonio Rodríguez,* abogado del apelante; *R. A. Arroyo Ríos,* V. *Ortiz León* y *Francisco González,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

En este caso se ha solicitado la desestimación de la apelación interpuesta por el demandado Antonio Rodríguez contra sentencia de la Corte de Distrito de Humacao en noviembre 2, 1927.

El apelante Antonio Rodríguez presentó su escrito de apelación el 7 de diciembre de 1927 y el 14 de los mismos mes y año solicitó se ordenara al taquígrafo que preparara la transcripción de la evidencia, decretándolo así la corte y notificándose la orden al taquígrafo el mismo día 14 de diciembre de 1927. En 5 de enero de 1928 el demandado Antonio Rodríguez solicitó y obtuvo de la corte una primera prórroga de treinta días para presentar la transcripción de la evidencia, sin que aparezca que se haya solicitado ninguna otra prórroga.

La prórroga obtenida en 5 de enero de 1928 fué solicitada y concedida después de haber vencido el término de veinte días que según la sección 2 de la Ley No. 27 de 1917 tiene el taquígrafo para preparar la transcripción; por lo que tal prórroga no produce efecto alguno.

*La apelación en este caso debe ser desestimada.*